**CAMERON LAW**
Daven P. Cameron, Esq.
Nevada Bar No. 14179
Brittney R. Glover, Esq.
Nevada Bar No. 15412
8930 W. Sunset Rd., Suite 290
Las Vegas, Nevada 89148
Phone: (702) 745-4545
Fax:    (702) 478-3934
daven@cameronlawlv.com
brittney@cameronlawlv.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEA JOHNSON-YOUNG, individually,<br>           Plaintiff,<br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES XI through XX, inclusive,<br>           Defendant. | Case No.: 2:24-cv-02228-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Plaintiff, Chelsea Johnson-Young ("Plaintiff"), by and through her attorneys of record, Daven P. Cameron, Esq. and Brittney R. Glover, Esq. of the law firm of Cameron Law, and Defendant Walmart, Inc. ("Defendant") by and through its attorney of record, Curtis R. Rawlings, Esq. of Burger, Meyer, & D'Angelo, LLP, hereby submit the first stipulation to extend the discovery deadlines by ninety (90) days pursuant to LR IA 6-1 and LR 26-3.

This stipulation is made in good faith, is supported by a showing of good cause, and is not sought for the purpose of delay or for any other untoward purpose.

**I.      DISCOVERY COMPLETED TO DATE:**

In compliance with Local Rule 26-3, the parties advise the Court that the following discovery has been completed:

    a.  Plaintiff's Initial Disclosures — March 11, 2025

    b.  Plaintiff's First Requests for Interrogatories, Requests for Production and Requests for

Admissions to Defendant – March 11, 2025

c. Defendant's Initial Disclosures – March 20, 2025

d. Defendant's First Requests for Interrogatories, Requests for Production and Requests for Admissions to Plaintiff – March 20, 2025

e. Defendant's Responses to Plaintiff's First Requests for Admissions – April 1, 2025

f. Plaintiff's Responses to Defendant's First Requests for Interrogatories, Requests for Production and Requests for Admissions – April 28, 2025

g. Defendant's First Supplemental Disclosures — April 30, 2025

h. Defendant's Responses to Plaintiff's First Requests for Production and Request for Interrogatories – April 30, 2025

i. Plaintiff's First Supplemental Disclosures – July 9, 2025

j. Defendant's Supplemental Responses to Plaintiff's First Requests for Interrogatories and Requests for Admissions – July 11, 2025

k. Defendant's Second Requests for Interrogatories to Plaintiff – July 14, 2025

l. Plaintiff's Supplemental Responses to Defendant's First Interrogatories – July 17, 2025

m. Defendant's FRCP Rule 35 Examination of Plaintiff – August 8, 2025

n. Plaintiff's Responses to Defendant's Second Requests for Interrogatories – August 13, 2025

II. **DISCOVERY REMAINING TO BE COMPLETED:**

The parties need to conduct the following remaining discovery:

a. Deposition of Plaintiff

b. Deposition of percipient witnesses

c. 30(b)(6) Deposition of Defendant

d. Depositions of Plaintiff's treatment providers

e. Depositions of Plaintiff's and Defendant's experts

f. Additional written discovery

**III.     REASON DISCOVERY HAS NOT BEEN COMPLETED:**

Good cause exists under Local Rule 26-3 to extend the discovery deadlines by ninety (90) days. Plaintiff and her husband's deposition are currently scheduled for August 19, 2025, but Defendant has requested to reschedule them until September. Due to Plaintiff's counsels scheduling conflicts in early September, these depositions cannot be reset until late September.

On June 25, 2025, the parties conducted a meet and confer pursuant to LR IA 1-3(f) to address deficiencies in Defendant's responses to written discovery. Defendant has since supplemented its responses to Plaintiff's first set of requests for admissions and interrogatories but has not supplemented its responses to Plaintiff's first set of requests for production of documents. As a result, a substantial number of documents have yet to be produced so that Plaintiff's counsel can properly depose percipient witnesses.

In the interim, Plaintiff's counsel has requested dates to depose three (3) percipient witnesses identified in Defendant's initial disclosures. The parties are still working to secure mutually agreeable dates, and, for some witnesses, Plaintiff will need to serve deposition subpoenas to allow for the procedural time required for service and objections. In addition, Plaintiff intends to depose Defendant Walmart's Rule 30(b)(6) corporate representative and will require additional time to complete that deposition after proper notice. All of this discovery must be completed and provided to the parties' expert witnesses. The current September 25, 2025, deadline does not allow sufficient time to complete the remaining discovery and obtain expert reports before the impeding deadline.

Accordingly, good cause exists to extend the discovery deadlines by ninety (90) days. This request is timely under Local Rule 26-3 and is made not for purposes of delay, but to promote the fair adjudication of the case on its merits. No party will be prejudiced by the requested extension, and the parties remain committed to working cooperatively and in good faith to move the matter forward.

. . .

. . .

. . .

. . .

. . .

IV. **PROPOSED SCHEDULE FO DISCOVERY DEADLINES:**

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Final date to complete discovery | 11/24/2025 | **02/23/2026** |
| Final date to file motions to amend pleadings or add parties | 08/26/2025 | **11/24/2025** |
| Initial Expert Disclosures | 09/25/2025 | **12/24/2025** |
| Rebuttal Expert Disclosures | 10/27/2025 | **01/26/2026** |
| Final date to file dispositive motions | 12/24/2025 | **03/24/2026** |
| Pretrial Order | 01/23/2026 | **04/23/2026** |

<u>Current Trial Date</u>: This case is not currently set for trial.

This Stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 15, 2025.
**CAMERON LAW**

By: */s/ Brittney Glover*
Brittney R. Glover, Esq.
Nevada Bar No. 15412
8930 W. Sunset Rd., Suite 290
Las Vegas, NV 89148
*Attorneys for Plaintiff*

Dated: August 15, 2025
**BURGER, MEYER & D'ANGELO, LLP**

By: */s/ Curtis Rawlings*
Curtis Rawlings, Esq.
Nevada Bar No. 6790
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

Based on the foregoing Stipulation by and between the Parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline schedule shall be amended as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Final date to complete discovery | 11/24/2025 | **02/23/2026** |
| Final date to file motions to amend pleadings or add parties | 08/26/2025 | **11/24/2025** |
| Initial Expert Disclosures | 09/25/2025 | **12/24/2025** |
| Rebuttal Expert Disclosures | 10/27/2025 | **01/26/2026** |
| Final date to file dispositive motions | 12/24/2025 | **03/24/2026** |
| Pretrial Order | 01/23/2026 | **04/23/2026** |

IT IS SO ORDERED.

DATED: August 19, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted:

**CAMERON LAW**

By: */s/ Brittney Glover*
Brittney R. Glover, Esq.
Nevada Bar No.15412
8930 W. Sunset Rd., Suite 290
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**Friday, August 15, 2025 at 11:51:10 Pacific Daylight Time**

---

| | |
|---|---|
| **Subject:** | RE: Johnson-Young v. Walmart |
| **Date:** | Friday, August 15, 2025 at 11:35:14 AM Pacific Daylight Time |
| **From:** | Shirley B. Martinez |
| **To:** | Brittney Glover, Esq., Curtis R. Rawlings |
| **CC:** | Ebony Davis |
| **Attachments:** | image001.gif, image002.gif, image003.gif, image004.gif, image005.gif, image006.gif, image007.gif |

Brittney:

    Both of the dates in September are good for our calendar. Please let us know which date is best for your client.

    You have Curt's permission to electronically sign his name to the Stipulation. Thanks.

**Shirley B. Martinez**
**Paralegal**

**BURGER, MEYER & D'ANGELO, LLP**

725 S. 8th St., Suite 200
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Direct: (725) 258-5196
Email: smartinez@burgermeyer.com

**NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to Burger, Meyer & D'Angelo, LLP which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.**