**CAMERON LAW**
Daven P. Cameron, Esq.
Nevada Bar No. 14179
Brittney R. Glover, Esq.
Nevada Bar No. 15412
8930 W. Sunset Rd., Suite 290
Las Vegas, Nevada 89148
Phone: (702) 745-4545
Fax:    (702) 478-3934
daven@cameronlawlv.com
brittney@cameronlawlv.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEA JOHNSON-YOUNG, individually,<br>Plaintiff,<br>*vs.*<br><br>WALMART, INC., a Foreign Corporation;<br>DOES I through X, inclusive; ROE<br>BUSINESS ENTITIES XI through XX,<br>inclusive,<br>Defendant. | Case No.:  2:24-cv-02228-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND<br>DISCOVERY DEADLINES<br>(THIRD REQUEST)** |

Plaintiff, Chelsea Johnson-Young ("Plaintiff"), by and through her attorneys of record, Daven P. Cameron, Esq. and Brittney R. Glover, Esq. of the law firm of Cameron Law, and Defendant Walmart, Inc. ("Defendant") by and through its attorney of record, Curtis R. Rawlings, Esq. of Burger, Meyer, & D'Angelo, LLP, hereby submit the third stipulation to extend the discovery deadlines by ninety (90) days pursuant to LR IA 6-1 and LR 26-3.

This stipulation is made in good faith, is supported by a showing of good cause, and is not sought for the purpose of delay or for any other untoward purpose.

. . .

. . .

. . .

. . .

. . .

. . .

I.      **DISCOVERY COMPLETED TO DATE**:

In compliance with Local Rule 26-3, the parties advise the Court that the following discovery has been completed:

a.  Plaintiff's Initial Disclosures — March 11, 2025

b.  Plaintiff's First Requests for Interrogatories, Requests for Production and Requests for Admissions to Defendant – March 11, 2025

c.  Defendant's Initial Disclosures – March 20, 2025

d.  Defendant's First Requests for Interrogatories, Requests for Production and Requests for Admissions to Plaintiff – March 20, 2025

e.  Defendant's Responses to Plaintiff's First Requests for Admissions – April 1, 2025

f.  Plaintiff's Responses to Defendant's First Requests for Interrogatories, Requests for Production and Requests for Admissions – April 28, 2025

g.  Defendant's First Supplemental Disclosures — April 30, 2025

h.  Defendant's Responses to Plaintiff's First Requests for Production and Request for Interrogatories – April 30, 2025

i.  Plaintiff's First Supplemental Disclosures – July 9, 2025

j.  Defendant's Supplemental Responses to Plaintiff's First Requests for Interrogatories and Requests for Admissions – July 11, 2025

k.  Defendant's Second Requests for Interrogatories to Plaintiff – July 14, 2025

l.  Plaintiff's Supplemental Responses to Defendant's First Interrogatories – July 17, 2025

m.  Defendant's FRCP Rule 35 Examination of Plaintiff – August 8, 2025

n.  Plaintiff's Responses to Defendant's Second Requests for Interrogatories – August 13, 2025

o.  Defendant's Supplemental Responses to Plaintiff's First Requests for Production – August 18, 2025

p.  Plaintiff's Second Supplemental Disclosures – August 21, 2025

q.  Defendant's Second Requests for Production & Third Set of Interrogatories to Plaintiff – September 5, 2025

r.  Plaintiff's Second Supplemental Reponses to Defendant's First Set of Interrogatories – September 30, 2025

s.  Plaintiff's Deposition – September 30, 2025

t.  Plaintiff's Witness Jeffrey Young's Deposition – September 30, 2025

u.  Plaintiff's Responses to Defendant's Third Set of Interrogatories & Second Requests for Production – October 3, 2025

v.  Defendant's Second Supplemental Disclosures – October 14, 2025

w.  Defendant's Witness, Steven Bills' Deposition – October 23, 2025

x.  Defendant's Third Supplemental Disclosures – November 10, 2025

y.  Plaintiff's Third Supplemental Disclosures – November 18, 2025

z.  Plaintiff's Fourth Supplemental Disclosures – January 22, 2026

aa. Plaintiff's Second Set of Interrogatories, Requests for Admissions and Requests for Production to Defendant – February 20, 2026

bb. Defendant's Witness, Jovonn Acfalle's Deposition – February 20, 2026

cc. Defendant's Witness, Patiola Malentino's Deposition – February 20, 2026

dd. Defendant's Fourth Supplemental Disclosures – March 2, 2026

ee. Plaintiff's Fifth Supplemental Disclosures – March 5, 2026

II.     **DISCOVERY REMAINING TO BE COMPLETED:**

The parties need to conduct the following remaining discovery:

a.     30(b)(6) Deposition of Defendant

b.     Depositions of all percipient witnesses

c.     Designation of initial and rebuttal experts

d.    Depositions of Plaintiff's treatment providers

e.    Depositions of Plaintiff's and Defendant's experts

f.    Additional written discovery

## III.    REASON DISCOVERY HAS NOT BEEN COMPLETED:

Good cause exists under Local Rule 26-3 to extend the discovery deadlines by ninety (90) days. The parties have been actively engaged in discovery. Notably, the depositions of two additional Walmart employees were taken on February 20, 2026, and additional written discovery was served that same day. Defendant's discovery responses to Plaintiff's Second Set of Written Discovery are due March 23, 2026. The parties have also continued exchanging supplemental disclosures.

Additionally, the parties have recently agreed to mediate this matter, which is currently set for April 8, 2026, with Paul Haire, Esq. The initial expert deadline is presently set for March 24, 2026. The parties are hopeful the matter can be resolved through mediation before incurring the expense of retaining expert witnesses. Extending the discovery deadlines will provide the parties with the opportunity to attempt resolution and, if the case does not resolve, will allow sufficient time to complete the remaining discovery and incorporate the resulting information into their case development.

Accordingly, good cause exists to extend the discovery deadlines by ninety (90) days. This request is timely under Local Rule 26-3 and is made not for purposes of delay, but to promote the fair adjudication of the case on its merits. No party will be prejudiced by the requested extension, and the parties remain committed to working cooperatively and in good faith to move the matter forward.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**IV.      PROPOSED SCHEDULE FO DISCOVERY DEADLINES:**

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Final date to complete discovery | 5/26/2026 | **8/24/2026** |
| Final date to file motions to amend pleadings or add parties | 2/24/2026 | **5/26/2026** |
| Initial Expert Disclosures | 3/24/2026 | **6/22/2026** |
| Rebuttal Expert Disclosures | 4/27/2026 | **07/27/2026** |
| Final date to file dispositive motions | 6/24/2026 | **09/22/2026** |
| Pretrial Order | 7/23/2026 | **10/21/2026** |

Current Trial Date: This case is not currently set for trial.

This Stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 5, 2026.                              Dated: March 5, 2026
**CAMERON LAW**                                    **BURGER, MEYER & D'ANGELO, LLP**

By: */s/ Brittney Glover*                          By: */s/ Curtis Rawlings*
Brittney R. Glover, Esq.                           Curtis Rawlings, Esq.
Nevada Bar No. 15412                               Nevada Bar No. 6790
8930 W. Sunset Rd., Suite 290                      725 S. 8th Street, Suite 200
Las Vegas, NV 89148                                Las Vegas, NV 89101
*Attorneys for Plaintiff*                          *Attorneys for Defendant*

### ORDER

Based on the foregoing Stipulation by and between the Parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline schedule shall be amended as follows:

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Final date to complete discovery | 5/26/2026 | **8/24/2026** |
| Final date to file motions to amend pleadings or add parties | 2/24/2026 | **5/26/2026** |
| Initial Expert Disclosures | 3/24/2026 | **6/22/2026** |
| Rebuttal Expert Disclosures | 4/27/2026 | **07/27/2026** |
| Final date to file dispositive motions | 6/24/2026 | **09/22/2026** |
| Pretrial Order | 7/23/2026 | **10/21/2026** |

**IT IS SO ORDERED.**

DATED:  March 9, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**

**Subject:**     RE: Chelsea Johnson-Young v. Walmart
**Date:**        Thursday, March 5, 2026 at 2:19:41 PM Pacific Standard Time
**From:**        Shirley B. Martinez <smartinez@burgermeyer.com>
**To:**          Brittney Glover, Esq. <brittney@cameronlawlv.com>, Curtis R. Rawlings <Crawlings@burgermeyer.com>
**CC:**          Daven P. Cameron, Esq. <daven@cameronlawlv.com>, Ebony Davis <ebony@cameronlawlv.com>, Daniela Mora <daniela@cameronlawlv.com>
**Attachments:** image001.gif, image002.gif, image003.gif, image004.gif, image005.gif, image006.gif, image007.gif

Brittney:

You have Curt's permission to electronically sign his name to the Stipulation. Thanks.

**Shirley B. Martinez**
**Paralegal**

**BURGER, MEYER & D'ANGELO, LLP**

725 S. 8th St., Suite 200
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Direct: (725) 258-5196
Email: smartinez@burgermeyer.com

NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to Burger, Meyer & D'Angelo, LLP which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

---

**From:** Brittney Glover, Esq. <brittney@cameronlawlv.com>
**Sent:** Thursday, March 5, 2026 10:41 AM
**To:** Shirley B. Martinez <smartinez@burgermeyer.com>; Curtis R. Rawlings <Crawlings@burgermeyer.com>
**Cc:** Daven P. Cameron, Esq. <daven@cameronlawlv.com>; Ebony Davis <ebony@cameronlawlv.com>; Daniela Mora <daniela@cameronlawlv.com>
**Subject:** Re: Chelsea Johnson-Young v. Walmart

Hi Shirley,

Now that mediation has been scheduled for April 8, please find attached a stipulation extending all deadlines by 90 days. Please let me know if we have permission to affix Mr. Rawling's signature so we can get this on file today.

Thank you,